### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA and THOMAS KLAUS,<br><br>Plaintiffs,<br><br>v.<br><br>TUBI, INC.,<br><br>Defendant. | Case No. 2:21-cv-312-NR |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Robert Jahoda and Thomas Klaus hereby voluntarily dismiss with prejudice their claims against Defendant Tubi, Inc.

Dated: May 20, 2021

Respectfully Submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Nicholas A. Colella
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243
bcarlson@carlsonlynch.com
ncolella@carlsonlynch.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2021, I caused a true and correct copy of the foregoing to be filed electronically and served via the Court's ECF system.

/s/ R. Bruce Carlson
R. Bruce Carlson